Order entered November 27, 2012

005053



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00659-CR

### ANASTASIA MIKAL SOLANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2010-1-0242**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel told the trial court she would file appellant's brief by December 3, 2012.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

DAVID L. BRIDGES
JUSTICE